44 A.3d 1147

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**AMY N. KOCH, Respondent.**

Supreme Court of Pennsylvania.

May 15, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of May 2012, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner are:

(1) Did a panel of the Superior Court err in reversing the trial court's determination that drug-related text messages were not offered for their truth and thus admissible where it's [sic] ruling conflicts with a prior ruling of a panel of the Superior Court and creates uncertainty in the law?

(2) Did a panel of the Superior Court err in reversing the trial court's determination that drug-related text messages were properly authenticated where it misapprehended the plain language of Pa.R.E. 901 and rendered an opinion inconsistent with a prior opinion of a panel of the Superior Court, again creating uncertainty in the law?